UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY GAY MORGAN,<br><br>           Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | No.  1:21-cv-00694-ADA-HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(ECF No. 31) |

Plaintiff Wendy Gay Morgan and Defendant, the Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on November 10, 2022. (ECF No. 31.) The parties agree that, on remand, "the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record." (*Id.* at 1.) The parties further stipulated that final judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (*Id.*)

Accordingly,

1. The stipulation of the parties, (ECF No. 31), is granted;
2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

1

3. Plaintiff's opening brief, (ECF No. 28), is terminated as moot; and

4. The Clerk of Court is directed to enter final judgment in favor of Plaintiff Wendy Gay Morgan and against Defendant, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   November 14, 2022

_____
UNITED STATES DISTRICT JUDGE